UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Joye Roofing, LLC,<br><br>         Debtor. | Case No. 24-03393-eg<br>Chapter 7 |
| Janet B. Haigler, as Chapter 7 Trustee for Joye Roofing, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>Derek Joye by and through his personal representative Donna H. Joye, and Donna H. Joye,<br><br>         Defendants. | Adv. Pro. No. 25-80012-eg<br><br>**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY AND EXTEND OTHER DEADLINES WITH THE CONSENT OF THE DEFENDANT** |

  Attorneys for the Plaintiff, with the consent of the Defendant, hereby move the Court for an order extending the deadline to complete discovery. The current deadline to complete discovery is August 20, 2025. Because of discovery issues and other conflicts in the scheduling of depositions, the parties respectfully request an additional thirty days, till September 19, 2025 to complete discovery. The deadline for motions is presently September 4, 2025 and the parties respectfully request the deadline to file motions be extended for thirty days till October 4, 2025.

  In conjunction with this request, the parties also request a thirty-day extension to the other deadlines in the scheduling order, specifically the deadline to file motions, including motions for summary judgment. As a practical matter, this extension of time is needed to allow adequate time to receive the transcripts.

WHEREFORE, having set forth cause for relief, the Plaintiff, with the consent of the Defendant, respectfully requests that the Court extend the discovery deadline by thirty days, extend the motions deadline by thirty days and extend the other deadlines in the scheduling order by a similar amount, and such further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED on this the 15th day of August, 2025.

WE SO MOVE AND CONSENT:

| **GOODWYN LAW FIRM, LLC.** | **GLEISSNER LAW FIRM, LLC.** |
|---|---|
| /s/ T. Jeff Goodwyn, Jr. | /s/ Richard R.Gleissner |
| T. Jeff Goodwyn, Jr. (Fed. ID 4967) | Richard R.Gleissner (Fed. ID 5389) |
| Goodwyn Law Firm, LLC | Gleissner Law Firm, LLC |
| 2309 Devine Street | 1316 Washington Street, Suite 101 |
| Columbia, SC 29205 | Columbia, South Carolina 29201 |
| 803-251-4517 | (803) 787-0505 |
| jgoodwyn@goodwynlaw.com | rick@gleissnerlaw.com |
| Attorney for the Defendants | Attorney for Plaintiff |